**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **AARON BOBBITT JONES,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:08-CV-1880-D |
| ) | |
| **NATHANIEL QUARTERMAN,** Director ) | |
| **TDCJ-CID,** ) | |
| Respondent. ) | |

## ORDER

After conducting a *de novo* review, the court holds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

SO ORDERED.

December 16, 2008.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE